**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.C., A MINOR  : No. 857 MAL 2016
: 
: 
PETITION OF: K.R., MOTHER  : Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.